RECEIVED
DEC 15 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BRUCE DAY | : | CIVIL ACTION NO. 16-1512 |
| VERSUS | : | JUDGE JAMES T. TRIMBLE, JR. |
| AEROFRAME SERVICES, LLC | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the objections filed, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's Motion to Remand is hereby **DENIED.**

**IT IS FURTHER ORDERED** that the motions for attorney fees be **DENIED.**

**THUS DONE AND SIGNED** in Alexandria, Louisiana on this 15th day of December, 2017.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE